**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **VEEJ CORP** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **FDBA  HFC Industries** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **46-3365598** |

| | | |
|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**24901 Avenue Standford**<br>**Valencia, CA 91355**<br>Number, Street, City, State & ZIP Code<br><br>**Los Angeles**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **VEEJ CORP** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | _____ | | Relationship | _____ |
|---|---|---|---|---|
| District | _____ | When | Case number, if known | _____ |

| Debtor | **VEEJ CORP** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**11.  Why is the case filed in *this district*?**

Check all that apply:

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■  No

☐  Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐  No

☐  Yes.    Insurance agency _____

Contact name _____

Phone _____

---

### █ Statistical and administrative information

**13.  Debtor's estimation of available funds**    .    Check one:

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **VEEJ CORP** | Case number (*if known*) |
|---|---|---|
| | Name | |

■ **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/13/2020
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

**Vincent Joseph Carabello III**
Printed name

Title  **Chief Executive Officer**

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date _____
MM / DD / YYYY

**Jeffrey S. Shinbrot 155486**
Printed name

**Jeffrey S. Shinbrot, APLC**
Firm name

**15280 Ventura Blvd.
Suite 1200
Sherman Oaks, CA 91403**
Number, Street, City, State & ZIP Code

Contact phone  **3106595444**      Email address  **jeffrey@shinbrotfirm.com**

**155486 CA**
Bar number and State

| Fill in this information to identify the case: |
|---|
| Debtor name | **VEEJ CORP** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Can Captain c/o Aubrey Thrasher, LLC 12 Powder Springs Street Suite 240 Marietta, GA 30064** | **Tia Veasley** **tveasley@aubreythrasher.com 404-978-1355** | **Trade debt.** | | | | **$46,512.59** |
| **FedEx AGA c/o Joe Segal 740 Walt Whitman Road Melville, NY 11747** | **Joe Segal** **Joe.segal@agaltd.com 631-719-8046** | **Trade debt.** | | | | **$491,839.01** |
| **Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101-7346** | | **Notice Only** | | | | **$0.00** |
| **Moss Atkinson Family Trust c/o Delta Scientific Corporation 40355 Delta Lane Palmdale, CA 93551** | **Trent L. Barnes Representative** **trent@deltascientific.com 661-575-1100** | **Commercial lease** | | | | **$398,686.20** |
| **State Compensation Insurance c/o Law Ofices of Kenneth J. Freed 14226 Ventura Blvd., PO Box 5914 Sherman Oaks, CA 91413** | **Michael D. Frischer** **mfrischer@kjfesq.com 818-990-0888** | **Trade debt.** | | | | **$5,000.00** |
| **State Of California Franchise Tax B Bankruptcy Section, MS: A-340 P.O. Box 2952 Sacramento, CA 95812-2952** | | **Notice only** | | | | **$0.00** |

Debtor    **VEEJ CORP**
_____    Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Total Ship Transport Services** **Linda Auger Kelleco** **80 Fleury Quest** **Montreal, Quebec** **H3L1T2** | **Linda Auger** **lauger@kolleco.com** **514-764-2355** | **Trade debt.** | | | | **$34,196.32** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jeffrey S. Shinbrot 155486**<br>**15260 Ventura Blvd.**<br>**Suite 1200**<br>**Sherman Oaks, CA 91403**<br>**3106595444 Fax: 3108788304**<br>California State Bar Number: **155486 CA**<br>jeffrey@shinbrotfirm.com | |

☑ Attorney for:

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>    **VEEJ CORP**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    **11**<br><br>### CORPORATE OWNERSHIP STATEMENT<br>### PURSUANT TO  FRBP 1007(a)(1)<br>### and 7007.1, and LBR 1007-4<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Vincent Joseph Carabello III** _____ , the undersigned in the above-captioned case, hereby declare
          *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                              **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.   I have personal knowledge of the matters set forth in this Statement because:

☑ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☐ I am the attorney for the Debtor corporation

2.a.  ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

*[For additional names, attach an addendum to this form.]*

b.   ☑ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name:   **Vincent Joseph Carabello III**
**Chief Executive Officer**
_____
Printed name of Debtor, or attorney for Debtor

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012

**F 1007-4.CORP.OWNERSHIP.STMT**

## RESOLUTION OF BOARD OF DIRECTORS OF
### VEEJ CORP, a California corporation

I, Vincent Joseph Carabello III, declare under penalty of perjury that I am the president and one-hundred percent shareholder of VEEJ CORP., a California corporation (the "Company"), and that on December 9, 2020, the following resolution was duly adopted by the Board of Directors of this corporation:

Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Vincent Joseph Carabello III, chief executive officer of this corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Vincent Joseph Carabello III, chief executive officer of this corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case; and

Be It Further Resolved, that Vincent Joseph Carabello III, chief executive officer of this corporation, is authorized and directed to employ Jeffrey S. Shinbrot, attorney and the law firm of Jeffrey S. Shinbrot, A Professional Law Corporation to represent the corporation in such bankruptcy case.

Executed on: 12/13/20

Signed:

_____
Vincent Joseph Carabello III,
Chief Executive Officer
VEEJ CORP.

## DECLARATION OF VINCENT JOSEPH CARABELLO III
## PURSUANT TO 11 U.S.C. § 1116(1)(B)

I, Vincent Joseph Carabello III, declare and state as follows:

1.     I am the chief executive officer and one-hundred percent (100%) shareholder of VEEJ CORP., a California corporation (the "Company"), and the proposed designated responsible individual of the Debtor. Except as otherwise indicated, all statements contained in this declaration are based upon my personal knowledge, my review of relevant financial documents or my opinion based on my experience with the Debtor's operations and financial condition. If I were call to testify as a witness in this matter, I could and would competently testify to each of the facts set forth herein based upon my personal knowledge, review of document or opinion. I am authorized to submit this Declaration on behalf of the Debtor.

2.     In my capacity as chief executive officer, I am familiar with the Debtor's operations, including its financial performance and financial relationships. I am familiar with the Company's books and records as they relate to the Debtor's financial operations.

3.     My understanding is that, pursuant to 11 U.S.C. §1116(1)(B), if a company elects to proceed under Subchapter V of Chapter 11, it must attach to voluntary petition for relief its most recent (i) balance sheet, (ii) statement of operations, (iii) cash-flow statement, and (iv) federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. §1116(1)(B).

4.     The Debtor has filed, concurrently with its voluntary petition for relief, its most recent (i) balance sheet, (ii) cash flow statement, and (iii) federal tax return. No statement of operations has been prepared.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: 12/13/2020

_____
Vincent Joseph Carabello III,
Chief Executive Officer
VEEJ CORP.

Veej Corp

Balance Sheet

As of October 31, 2019

**ASSETS**

    **Current Assets**

        **Checking/Savings**

| | | |
|---|---|---:|
| Plaza Bank General Acct #7158 | $ | 10,500.00 |
| **Total Checking/Savings** | $ | **10,500.00** |
| **Accounts Receivable** | | |
| Accounts Receivable | | 919,601.89 |
| **Total Accounts Receivable** | $ | **919,601.89** |
| **Other Current Assets** | | |
| Security Deposits | | |
| Undeposited Funds | | |
| **Total Other Current Assets** | | 0.00 |
| **Total Current Assets** | $ | **930,101.89** |
| **Fixed Assets** | | |
| HARDWARE/SOFTWARE PURCHASES | | 0.00 |
| **Goodwill** | | |
| Accum Amortization | | 0.00 |
| Goodwill - Other | | 0.00 |
| **Total Goodwill** | $ | - |
| **Lease Improvement Asset** | | |
| Accumulated Depreciation | | 0.00 |
| Lease Improvements | | 0.00 |
| **Total Lease Improvement Asset** | $ | - |
| **Machinery & Equipment** | | |
| Acc. Depr. Machinery & Equip. | | |
| Forklift | | |
| Container Storage Unit | | |
| **Total Machinery & Equipment** | | 0.00 |
| **Total Fixed Assets** | $ | **930,101.89** |
| **Other Assets** | | |
| ANNUAL SUBSCRIPTION PLAN | | |
| Prepaid Expenses | | |
| **Total Other Assets** | $ | - |
| **TOTAL ASSETS** | $ | **930,101.89** |

Veej Corp

Balance Sheet

As of October 31, 2019

**LIABILITIES & EQUITY**

Liabilities

Current Liabilities

Accounts Payable

| | | |
|---|---|---|
| Accounts Payable | | 0.00 |
| Total Accounts Payable | $ | - |

Credit Cards

Other Current Liabilities

| | |
|---|---|
| Total Other Current Liabilities | 0.00 |

| | |
|---|---|
| Total Current Liabilities | 0.00 |

Long Term Liabilities

| | | |
|---|---|---|
| Fed X | | 491,839.01 |
| Moss Atkins | | 398,686.20 |
| State Comp Ins | | 5,380.36 |
| Total Ship Transfer | | 34,196.32 |
| Total Long Term Liabilities | $ | 930,101.89 |
| Other Liabilities | | 0.00 |
| Total Other Liabilities | | 0.00 |
| Total Long Term Liabilities | | 930,101.89 |

Total Liabilities

Equity

Retained Earnings

Shareholder Equity

Dis-Allawable Expense

Dividends Paid

Shareholder Distributions

Tranfer to K1

Shareholder Equity - Other

| | | |
|---|---|---|
| Total Shareholder Equity | $ | - |
| Net Income | $ | - |
| **Total Equity** | **$** | **930,101.89** |
| **TOTAL LIABILITIES & EQUITY** | **$** | **930,101.89** |

| | | |
|---|---:|---:|
| Fed X | 491,839.01 | 3000 |
| Moss Atkins | 398,686.20 | 7500 |
| State Comp Ins | 5,380.36 | |
| Total Ship Transfer | 34,196.32 | |
| | 930,101.89 | 10500 |

| Fed X | 491,839.01 | 3000 |
| Moss Atkins | 398,686.20 | 7500 |

## STATEMENT OF CASH FLOW

| | DEC 2020 | JAN 2021 | FEB 2021 | MAR 2021 |
|---|---|---|---|---|
| **OPERATING ACTIVITIES** | | | | |
| Net Income | 38,335.00 | 38,335.00 | 38,335.00 | 38,336.00 |
| Adjustments to reconcile Net Income | | | | |
| to net cash provided by operations: | | | | |
| Accounts Receivable | 881,266.89 | 842,931.89 | 804,596.89 | 766,261.89 |
| Net cash provided by Operating Activities | 919,601.89 | 881,266.89 | 842,931.89 | 804,597.89 |
| **INVESTING ACTIVITIES** | | | | |
| Net cash provided by Investing Activities | - | - | - | - |
| **FINANCING ACTIVITIES** | | | | |
| Other Liabilities | 972,766.89 | 939,431.89 | 906,096.89 | 872,761.89 |
| Total Other Liabilities | $ 972,766.89 | $ 939,431.89 | $ 906,096.89 | $ 872,761.89 |
| Net cash provided by Financing Activities | | | | |
| Net cash increase for period | 38,335.00 | 38,335.00 | 38,335.00 | 38,335.00 |
| Cash at beginning of period | - | - | - | - |
| Cash at end of period | $ 38,335.00 | $ 38,335.00 | $ 38,335.00 | $ 38,335.00 |

| Form **1120S** | | U.S. Income Tax Return for an S Corporation | | OMB No. 1545-0123 |
|---|---|---|---|---|

► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.

Department of the Treasury
Internal Revenue Service  ► Go to *www.irs.gov/Form1120S* for instructions and the latest information.

**2018**

For calendar year 2018 or tax year beginning _____ , 2018, ending _____ , 20 _____

| **A** S election effective date | TYPE OR PRINT | Name  VEEJ CORP | **D** Employer identification number  46-3365598 |
|---|---|---|---|
| 07-17-2013 | | Number, street, and room or suite no. If a P.O. box, see instructions.  24901 AVENUE STANDFORD | **E** Date incorporated  07-17-2013 |
| **B** Business activity code number (see instructions)  332110 | | City or town, state or province, country, and ZIP or foreign postal code  Valencia                CA    91355 | **F** Total assets (see instructions)  $  307,862 |

**C** Check if Sch. M-3 attached ☐

**G** Is the corporation electing to be an S corporation beginning with this tax year?  ☐ Yes  ☒ No  If "Yes," attach Form 2553 if not already filed

**H** Check if:  **(1)** ☐ Final return  **(2)** ☐ Name change  **(3)** ☐ Address change  **(4)** ☐ Amended return  **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year · · · · · · · · · · · · · · · ▶  1

**Caution:** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | Amount |
|---|---|---|---|---|
| **Income** | 1a | Gross receipts or sales | 1a | 1,458,077 | |
| | b | Returns and allowances | 1b | 120 | |
| | c | Balance. Subtract line 1b from line 1a | 1c | 1,457,957 |
| | 2 | Cost of goods sold (attach Form 1125-A) | 2 | 20,478 |
| | 3 | Gross profit. Subtract line 2 from line 1c | 3 | 1,437,479 |
| | 4 | Net gain (loss) from Form 4797, line 17 (attach Form 4797) | 4 | |
| | 5 | Other income (loss) (see instructions - attach statement) | 5 | |
| | 6 | **Total income (loss).** Add lines 3 through 5 · · · · · · · · · · · · · · ▶ | 6 | 1,437,479 |
| **Deductions (see instructions for limitations)** | 7 | Compensation of officers (see instructions - attach Form 1125-E) | 7 | 108,000 |
| | 8 | Salaries and wages (less employment credits) | 8 | |
| | 9 | Repairs and maintenance | 9 | 30,412 |
| | 10 | Bad debts | 10 | |
| | 11 | Rents | 11 | 372,028 |
| | 12 | Taxes and licenses · · · · · · · · · · · · · · Wks Tax/Lic | 12 | 63,401 |
| | 13 | Interest (see instructions) | 13 | 12,527 |
| | 14 | Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 14 | 86,428 |
| | 15 | Depletion **(Do not deduct oil and gas depletion.)** | 15 | |
| | 16 | Advertising | 16 | |
| | 17 | Pension, profit-sharing, etc., plans | 17 | |
| | 18 | Employee benefit programs | 18 | |
| | 19 | Other deductions (attach statement) · · · · · · · Statement #2 | 19 | 715,379 |
| | 20 | **Total deductions.** Add lines 7 through 19 · · · · · · · · · · · · ▶ | 20 | 1,388,175 |
| | 21 | **Ordinary business income (loss).** Subtract line 20 from line 6 | 21 | 49,304 |
| **Tax and Payments** | 22a | Excess net passive income or LIFO recapture tax (see instructions) | 22a | | |
| | b | Tax from Schedule D (Form 1120S) | 22b | | |
| | c | Add lines 22a and 22b (see instructions for additional taxes) | 22c | |
| | 23a | 2018 estimated tax payments and 2017 overpayment credited to 2018 | 23a | | |
| | b | Tax deposited with Form 7004 | 23b | | |
| | c | Credit for federal tax paid on fuels (attach Form 4136) | 23c | | |
| | d | Refundable credit from Form 8827, line 8c | 23d | | |
| | e | Add lines 23a through 23d | 23e | |
| | 24 | Estimated tax penalty (see instructions). Check if Form 2220 is attached · · · · · · · · · · ▶ ☐ | 24 | |
| | 25 | **Amount owed.** If line 23e is smaller than the total of lines 22c and 24, enter amount owed | 25 | |
| | 26 | **Overpayment.** If line 23e is larger than the total of lines 22c and 24, enter amount overpaid | 26 | |
| | 27 | Enter amount from line 26: Credited to 2019 estimated tax ▶ _____ Refunded ▶ | 27 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

VINCENT J CARABELLO III
Signature of officer          Date

Title: PRESIDENT

May the IRS discuss this return with the preparer shown below (see instructions)?  ☒ Yes  ☐ No

| **Paid Preparer Use Only** | Print/Type preparer's name  LINDA GARZA | Preparer's signature  LINDA GARZA | Date  04-01-2020 | Check ☒ if self-employed | PTIN  P02156223 |
|---|---|---|---|---|---|
| | Firm's name ▶ PREMIER INCOME TAX SERVICES | | | Firm's EIN ▶ | |
| | Firm's address ▶ 560 E COMMERCIAL ST UNIT 5  POMONA CA 91767 | | | Phone no.  (909) 622-1306 | |

For Paperwork Reduction Act Notice, see separate instructions.                                        Form **1120S** (2018)

Form 1120S (2018)    VEEJ CORP    46-3365598    Page **2**

| Schedule B | Other Information (see instructions) |
|---|---|

| | | Yes | No |
|---|---|---|---|
| 1 | Check accounting method: **a** ☐ Cash **b** ☒ Accrual | | |
| | **c** ☐ Other (specify) ▶ _____ | | |
| 2 | See the instructions and enter the: | | |
| | **a** Business activity ▶ MEDIA SERVICES   **b** Product or service ▶ MEDIA SERVICES | | |
| 3 | At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation · · · · · · · · · | | |
| 4 | At the end of the tax year, did the corporation: | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | X |

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below · · · · · · · · · · · · | | X |

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| 5 **a** | At the end of the tax year, did the corporation have any outstanding shares of restricted stock? · · · · · · · · · · · · · · | | |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i)   Total shares of restricted stock · · · · · · · · · · · · ▶ _____ | | |
| | (ii)   Total shares of non-restricted stock · · · · · · · · · · · · ▶ _____ | | |
| **b** | At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? · · · · · · · · | | |
| | If "Yes," complete lines (i) and (ii) below. | | |
| | (i)   Total shares of stock outstanding at the end of the tax year · · · · · · · · ▶ _____ | | |
| | (ii)   Total shares of stock outstanding if all instruments were executed · · · · · · ▶ _____ | | |
| 6 | Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | |
| 7 | Check this box if the corporation issued publicly offered debt instruments with original issue discount · · · · · · · · · · · ▶ ☐ | | |
| | If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments. | | |
| 8 | If the corporation: **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see instructions) · · · · · · · · · · · · · · · · · · · · · · ▶ $ _____ | | |
| 9 | Did the corporation have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | | |
| 10 | Does the corporation satisfy one of the following conditions and the corporation doesn't own a pass-through entity with current year, or prior year carryover, excess business interest expense? See instructions · · · · · · · · · · · · · · · · · | | |
| **a** | The corporation's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year don't exceed $25 million, and the corporation isn't a tax shelter; or | | |
| **b** | The corporation only has business interest expense from (1) an electing real property trade or business, (2) an electing farming business, or (3) certain utility businesses under section 163(j)(7). | | |
| | If "No," complete and attach Form 8990. | | |
| 11 | Does the corporation satisfy **both** of the following conditions? | | |
| **a** | The corporation's total receipts (see instructions) for the tax year were less than $250,000 · · · · · · · · · · · · · · · | | |
| **b** | The corporation's total assets at the end of the tax year were less than $250,000 · · · · · · · · · · · · · · · · · · | | X |
| | If "Yes," the corporation is not required to complete Schedules L and M-1. | | |

EEA    Form **1120S** (2018)

Form 1120S (2018)    VEEJ CORP    46-3365598    Page **3**

## Schedule B    Other Information (see instructions) (continued)

|  |  | Yes | No |
|---|---|---|---|
| 12 | During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| | If "Yes," enter the amount of principal reduction . . . . . . . . . . . . . . . . . . . . ▶ $ | | |
| 13 | During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If "Yes," see instructions | | |
| 14 a | Did the corporation make any payments in 2018 that would require it to file Form(s) 1099? . . . . . . . . . . . . | | |
| b | If "Yes," did the corporation file or will it file required Forms 1099? . . . . . . . . . . . . . . . . . . . . . . | | |
| 15 | Is the corporation attaching Form 8996 to certify as a Qualified Opportunity Fund? . . . . . . . . . . . . . . . | | X |
| | If "Yes," enter the amount from Form 8996, line 13 . . . . . . . . . . . . . . ▶ $ | | |

## Schedule K    Shareholders' Pro Rata Share Items

| | | | Total amount |
|---|---|---|---|
| **Income (Loss)** | 1 | Ordinary business income (loss) (page 1, line 21) . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 | 49,304 |
| | 2 | Net rental real estate income (loss) (attach Form 8825) . . . . . . . . . . . . . | 2 | |
| | 3a | Other gross rental income (loss) . . . . . . . . . . | 3a | | | |
| | b | Expenses from other rental activities (attach statement) . . . | 3b | | | |
| | c | Other net rental income (loss). Subtract line 3b from line 3a . . . . . . . . | 3c | |
| | 4 | Interest income . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4 | |
| | 5 | Dividends: a Ordinary dividends . . . . . . . . . . . . . . . . . . . . . . . . | 5a | |
| | | b Qualified dividends . . . . . . . . . . . | 5b | | | |
| | 6 | Royalties . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 6 | |
| | 7 | Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) . . . . . . . . | 7 | |
| | 8a | Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) . . . . . . . . | 8a | |
| | b | Collectibles (28%) gain (loss) . . . . . . . . | 8b | | | |
| | c | Unrecaptured section 1250 gain (attach statement) . . . | 8c | | | |
| | 9 | Net section 1231 gain (loss) (attach Form 4797) . . . . . . . . . . . . . . . | 9 | |
| | 10 | Other income (loss) (see instructions) . . . Type ▶ | 10 | |
| **Deductions** | 11 | Section 179 deduction (attach Form 4562) . . . . . . . . . . . . . . . . . . . . . | 11 | |
| | 12a | Charitable contributions . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 12a | |
| | b | Investment interest expense . . . . . . . . . . . . . . . . . . . . . . . . . | 12b | |
| | c | Section 59(e)(2) expenditures    (1) Type ▶    (2) Amount ▶ | 12c(2) | |
| | d | Other deductions (see instructions) . . . . Type ▶ | 12d | |
| **Credits** | 13a | Low-income housing credit (section 42(j)(5)) . . . . . . . . . . . . . . . . | 13a | |
| | b | Low-income housing credit (other) . . . . . . . . . . . . . . . . . . . . . . | 13b | |
| | c | Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | 13c | |
| | d | Other rental real estate credits (see instructions) . . . Type ▶ | 13d | |
| | e | Other rental credits (see instructions) . . . . . Type ▶ | 13e | |
| | f | Biofuel producer credit (attach Form 6478) . . . . . . . . . . . . . . . . | 13f | |
| | g | Other credits (see instructions) . . . . . . . . Type ▶ | 13g | |
| **Foreign Transactions** | 14a | Name of country or U.S. possession    ▶ | | |
| | b | Gross income from all sources . . . . . . . . . . . . . . . . . . . . . . . . | 14b | |
| | c | Gross income sourced at shareholder level . . . . . . . . . . . . . . . . . . | 14c | |
| | | Foreign gross income sourced at corporate level | | |
| | d | Section 951A category . . . . . . . . . . . . . . . . . . . . . . . . . . | 14d | |
| | e | Foreign branch category . . . . . . . . . . . . . . . . . . . . . . . . . | 14e | |
| | f | Passive category . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14f | |
| | g | General category . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14g | |
| | h | Other (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . | 14h | |
| | | Deductions allocated and apportioned at shareholder level | | |
| | i | Interest expense . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14i | |
| | j | Other . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14j | |
| | | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | k | Section 951A category . . . . . . . . . . . . . . . . . . . . . . . . . . | 14k | |
| | l | Foreign branch category . . . . . . . . . . . . . . . . . . . . . . . . . | 14l | |
| | m | Passive category . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14m | |
| | n | General category . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 14n | |
| | o | Other (attach statement) . . . . . . . . . . . . . . . . . . . . . . . . . | 14o | |
| | | Other information | | |
| | p | Total foreign taxes (check one):    ▶ ☐ Paid ☐ Accrued . . . . . . . . . . | 14p | |
| | q | Reduction in taxes available for credit (attach statement) . . . . . . . . . . | 14q | |
| | r | Other foreign tax information (attach statement) . . . . . . . . . . . . . . | | |

EEA    Form **1120S** (2018)

Form 1120S (2018)    VEEJ CORP                                            46-3365598        Page **4**

## Schedule K    Shareholders' Pro Rata Share Items (continued)

| | | | Total amount |
|---|---|---|---|
| **Alternative Minimum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment | 15a | |
| | **b** Adjusted gain or loss | 15b | |
| | **c** Depletion (other than oil and gas) | 15c | |
| | **d** Oil, gas, and geothermal properties - gross income | 15d | |
| | **e** Oil, gas, and geothermal properties - deductions | 15e | |
| | **f** Other AMT items (attach statement) | 15f | |
| **Items Affecting Shareholder Basis** | **16a** Tax-exempt interest income | 16a | |
| | **b** Other tax-exempt income | 16b | |
| | **c** Nondeductible expenses | 16c | |
| | **d** Distributions (attach statement if required) (see instructions) | 16d | |
| | **e** Repayment of loans from shareholders | 16e | |
| **Other Information** | **17 a** Investment income | 17a | |
| | **b** Investment expenses | 17b | |
| | **c** Dividend distributions paid from accumulated earnings and profits | 17c | |
| | **d** Other items and amounts (attach statement) | | |
| **Reconciliation** | **18** **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14p | 18 | 49,304 |

## Schedule L    Balance Sheets per Books

| | Assets | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 1 | Cash | | | | |
| 2a | Trade notes and accounts receivable | | | | |
| b | Less allowance for bad debts | ( ) | | ( ) | |
| 3 | Inventories | | | | |
| 4 | U.S. government obligations | | | | |
| 5 | Tax-exempt securities (see instructions) | | | | |
| 6 | Other current assets (attach statement) | | | | |
| 7 | Loans to shareholders | | | | |
| 8 | Mortgage and real estate loans | | | | |
| 9 | Other investments (attach statement) | | | | |
| 10a | Buildings and other depreciable assets | 477,564 | | 477,564 | |
| b | Less accumulated depreciation | ( 83,274 ) | 394,290 | ( 169,702 ) | 307,862 |
| 11 a | Depletable assets | | | | |
| b | Less accumulated depletion | ( ) | | ( ) | |
| 12 | Land (net of any amortization) | | | | |
| 13a | Intangible assets (amortizable only) | | | | |
| b | Less accumulated amortization | ( ) | | ( ) | |
| 14 | Other assets (attach statement) | | | | |
| 15 | Total assets | | 394,290 | | 307,862 |
| | **Liabilities and Shareholders' Equity** | | | | |
| 16 | Accounts payable | | | | |
| 17 | Mortgages, notes, bonds payable in less than 1 year | | | | |
| 18 | Other current liabilities (attach statement) | | | | |
| 19 | Loans from shareholders | | | | |
| 20 | Mortgages, notes, bonds payable in 1 year or more | | | | |
| 21 | Other liabilities (attach statement) | | | | |
| 22 | Capital stock | | | | |
| 23 | Additional paid-in capital | | | | |
| 24 | Retained earnings | | 394,290 | | 307,862 |
| 25 | Adjustments to shareholders' equity (attach statement) | | | | |
| 26 | Less cost of treasury stock | | ( ) | | ( ) |
| 27 | Total liabilities and shareholders' equity | | 394,290 | | 307,862 |

EEA                                                                        Form **1120S** (2018)

Form 1120S (2018)    VEEJ CORP    46-3365598    Page **5**

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return |
|---|---|

Note: The corporation may be required to file Schedule M-3 (see instructions)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Net income (loss) per books . . . . . . . . | 49,304 | 5 | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | |
| 2 | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | a | Tax-exempt interest  $ _____ | |
| 3 | Expenses recorded on books this year not included on Schedule K, lines 1 through 12 and 14p (itemize): | | 6 | Deductions included on Schedule K, lines 1 through 12 and 14p , not charged against book income this year (itemize): | |
| a | Depreciation  $ _____ | | a | Depreciation  $ _____ | |
| b | Travel and entertainment  $ _____ | | | | |
| | | | 7 | Add lines 5 and 6  . . . . . . . . . . . . | |
| 4 | Add lines 1 through 3  . . . . . . . . . . . | 49,304 | 8 | Income (loss) (Schedule K, line 18). Line 4 less line 7 | 49,304 |

| Schedule M-2 | Analysis of Accumulated Adjustments Account, Shareholders' Undistributed Taxable Income Previously Taxed, Accumulated Earnings and Profits, and Other Adjustments Account (see instructions) |
|---|---|

| | | (a) Accumulated adjustments account | (b) Shareholders' undistributed taxable income previously taxed | (c) Accumulated earnings and profits | (d) Other adjustments account |
|---|---|---|---|---|---|
| 1 | Balance at beginning of tax year  . . . . . . | | | | |
| 2 | Ordinary income from page 1, line 21  . . . . | 49,304 | | | |
| 3 | Other additions  . . . . . . . . . . . . . . | | | | |
| 4 | Loss from page 1, line 21  . . . . . . . . . | ( ) | | | |
| 5 | Other reductions  . . . . . . . . . . . . . | ( ) | | | ( ) |
| 6 | Combine lines 1 through 5  . . . . . . . . . | 49,304 | | | |
| 7 | Distributions  . . . . . . . . . . . . . . . | | | | |
| 8 | Balance at end of tax year. Subtract line 7 from line 6 | 49,304 | | | |

EEA

Form **1120S** (2018)

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.
▶ Go to *www.irs.gov/Form1125A* for the latest information.

OMB No. 1545-0123

Name: **VEEJ CORP**

Employer identification number: **46-3365598**

| | | |
|---|---|---|
| 1 | Inventory at beginning of year | |
| 2 | Purchases | 20,363 |
| 3 | Cost of labor | |
| 4 | Additional section 263A costs (attach schedule) | |
| 5 | Other costs (attach schedule) **Statement #5** | 115 |
| 6 | **Total.** Add lines 1 through 5 | 20,478 |
| 7 | Inventory at end of year | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 20,478 |

**9a** Check all methods used for valuing closing inventory:

   (i) ☒ Cost

   (ii) ☐ Lower of cost or market

   (iii) ☒ Other (Specify method used and attach explanation.) ▶   120

**b** Check if there was a writedown of subnormal goods ▶ ☐

**c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ▶ ☐

**d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO   **9d**

**e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ☐ Yes ☐ No

**f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☐ No

671117

| | |
|---|---|
| **Schedule K-1**<br>**(Form 1120S)** | **2018** |
| Department of the Treasury<br>Internal Revenue Service | For calendar year 2018, or tax year |
| beginning _____ 2018 ending _____ | |

**Shareholder's Share of Income, Deductions, Credits, etc.**  ▶ See page 2 of form and separate instructions.

### Part I    Information About the Corporation

**A** Corporation's employer identification number

46-3365598

**B** Corporation's name, address, city, state, and ZIP code

VEEJ CORP

24901 AVENUE STANDFORD

Valencia            CA 91355

**C** IRS Center where corporation filed return

E-FILE

### Part II    Information About the Shareholder

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code

VINCENT J CARABELLO III

**F** Shareholder's percentage of stock
ownership for tax year  . . . . . . . . . . 100.00000 %

*For IRS Use Only*

| | Final K-1 | | Amended K-1 | OMB No. 1545-0123 |
|---|---|---|---|---|

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| **1** | Ordinary business income (loss)<br>49,304 | **13** | Credits |
| **2** | Net rental real estate income (loss) | | |
| **3** | Other net rental income (loss) | | |
| **4** | Interest income | | |
| **5a** | Ordinary dividends | | |
| **5b** | Qualified dividends | **14** | Foreign transactions |
| **6** | Royalties | | |
| **7** | Net short-term capital gain (loss) | | |
| **8a** | Net long-term capital gain (loss) | | |
| **8b** | Collectibles (28%) gain (loss) | | |
| **8c** | Unrecaptured section 1250 gain | | |
| **9** | Net section 1231 gain (loss) | | |
| **10** | Other income (loss) | **15** | Alternative minimum tax (AMT) items |
| **11** | Section 179 deduction | **16** | Items affecting shareholder basis |
| **12** | Other deductions | | |
| | | **17** | Other information |
| | | V* | STMT |
| | * See attached statement for additional information. | | |

| | |
|---|---|
| **Federal Supporting Statements** | 2018  PG01 |
| Name(s) as shown on return | Tax ID Number |
| VEEJ CORP | 46-3365598 |

## Form 1120S - Line 19 - Other Deductions

Statement #2

| Description | Amount |
|---|---|
| Accounting | 2,930 |
| Automobile and Truck Expense | 33,183 |
| Cell Phone | 15,152 |
| Consulting | 9,418 |
| Equipment Rental/lease | 5,777 |
| Freight | 98,141 |
| Gifts | 5,537 |
| Other Insurance | 95,843 |
| Workers Comp Insurance | 17,437 |
| Internet | 2,979 |
| Janitorial | 1,724 |
| Legal and Professional | 4,970 |
| 100% Meals | 9,892 |
| Outside Services/Sub Contractors | 1,317 |
| Parking Fees and Tolls | 271 |
| Payroll Processing Expense | 316,473 |
| Security | 2,816 |
| Supplies | 11,313 |
| Telephone | 7,434 |
| Travel | 11,222 |
| Utilities | 34,676 |
| Waste Removal | 3,626 |
| COMPUTER AND INTERNET EXPENSES | 12,817 |
| MERCHANT FEES | 2,698 |
| PR PROCESSING | 1,910 |
| REIMBURSEMENT | 394 |
| WAREHOUSE SUPPLIES | 5,429 |
| **Total** | **715,379** |

## Form1125A - Line 5 - Other Cost

PG01
Statement #5

| Description | Amount |
|---|---|
| Materials | 115 |
| **Total** | **115** |

| 1120S | **Overflow Statement** | **2018** Page 1 |
|---|---|---|

| Name(s) as shown on return | FEIN |
|---|---|
| VEEJ CORP | 46-3365598 |

### AUTOMOBILE EXPENSE

| Description | Amount |
|---|---|
| AUTO INSURANCE | $ 11,535 |
| AUTO LICENSE AND REGISTRATION | 1,709 |
| AUTO REPAIRS AND MAINT | 8,193 |
| FUEL EXPENSE | 11,746 |
| Total: | $ **33,183** |

### FREIGHT-IN AND SHIPPING COSTS

| Description | Amount |
|---|---|
| SHIPPING  FILM | $ 3,895 |
| FREIGHT-IN AND SHIPPING COSTS- OTHER | 94,246 |
| Total: | $ **98,141** |

### Deductions - Other Insurance

| Description | Amount |
|---|---|
| HEALTH | $ 79,118 |
| INSURANCE EXPENSE - OTHER | 16,725 |
| Total: | $ **95,843** |

### INTEREST EXPENSE

| Description | Amount |
|---|---|
| CREDIT CARD INTEREST | $ 64 |
| LOAN INTEREST | 10,855 |
| INTEREST EXPENSE - OTHER | 1,608 |
| Total: | $ **12,527** |

### PAYROLL EXPENSES - EMPLOYEES WAGES AND SALARIES

| Description | Amount |
|---|---|
| FILM DEPT WAGES | $ 97,300 |
| OPERATIONS WAGES | 172,038 |
| SHOP WAGES | 47,135 |
| Total: | $ **316,473** |

OVERFLOW.LD

| **1120S** | **Overflow Statement** | **2018** Page 2 |
|---|---|---|

| Name(s) as shown on return | FEIN |
|---|---|
| VEEJ CORP | 46-3365598 |

## REPAIRS AND MAINTENANCE

| Description | | Amount |
|---|---|---|
| BUILDING REPAIRS AND MAINT | $ | 26,964 |
| EQUIPMENT AND MACHINE REPAIRS | | 1,822 |
| REPAIRS AND MAINTENANCE - OTHER | | 1,626 |
| Total: | $ | **30,412** |

## UTILITIES

| Description | | Amount |
|---|---|---|
| ELECTRIC AND WATER EXPENSE | $ | 33,570 |
| GAS EXPENSE | | 971 |
| UTILITS - OTHER | | 135 |
| Total: | $ | **34,676** |

## INCOME

| Description | | Amount |
|---|---|---|
| COMMISSION INCOME | $ | 2,554 |
| DISCOUNTS AND ADJUSTMENTS | | (6,339) |
| FILM INCOME | | 459,808 |
| SALES INCOME | | 483,902 |
| STORAGE FEE | | 381,615 |
| WAREHOUSE INCOME | | 136,537 |
| Total: | $ | **1,458,077** |

OVERFLOW.LD

## Taxes and Licenses Attachment

Note: This information does not transmit to the IRS with e-filed returns.
Including with a paper filed return is optional.

**2018**

| S CORPORATION NAME | EIN |
|---|---|
| VEEJ CORP | 46-3365598 |

**Taxes and Licenses**          Form 1120S          Page 1, Line 12

| | | |
|---|---|---:|
| 1 | State income taxes | 1 | |
| 2 | State franchise taxes | 2 | |
| 3 | City income taxes | 3 | |
| 4 | City franchise taxes | 4 | |
| 5 | Local property taxes | 5 | 4,953 |
| 6 | Intangible property taxes | 6 | |
| 7 | Payroll taxes | 7 | 53,799 |
| 8 | Less: credit from Form 8846 | 8 | |
| 9 | Foreign taxes paid | 9 | |
| 10 | Occupancy taxes | 10 | |
| 11 | Other miscellaneous taxes | 11 | 4,649 |
| 12 | Built in gains tax allocated to ordinary income | 12 | |
| 13 | Licenses | 13 | |
| | | | |
| 14 | Total to Form 1120S, Page 1, Line 12 | 14 | 63,401 |

ATT_STL.LD

Form **1125-E**
(Rev. October 2016)

Department of the Treasury
Internal Revenue Service

## Compensation of Officers

▶ **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.**
▶ **Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e.***

OMB No. 1545-0123

| Name | Employer identification number |
|------|-------------------------------|
| VEEJ CORP | 46-3365598 |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| (a) Name of officer | (b) Social security number (see instructions) | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|
| | | | (d) Common | (e) Preferred | |
| 1  VINCENT J CARABELLO III | ▇▇▇▇▇ | 0 % | 0 % | 0 % | 108,000 |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |
| | | % | % | % | |

| | | | |
|---|---|---|---|
| **2** | Total compensation of officers · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **2** | 108,000 |
| **3** | Compensation of officers claimed on Form 1125-A or elsewhere on return · · · · · · · · · · · · · · · | **3** | |
| **4** | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | **4** | 108,000 |

**For Paperwork Reduction Act Notice, see separate instructions.**
EEA

Form **1125-E** (Rev. 10-2016)

Main Document   Page 28 of 38

Form **4562**

Depreciation and Amortization

(Including Information on Listed Property)

▶ Attach to your tax return.

▶ Go to www.irs.gov/Form4562 for instructions and the latest information.

Department of the Treasury
Internal Revenue Service (99)

OMB No. 1545-0172

**2018**

Attachment
Sequence No. **179**

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| VEEJ CORP | FORM 1120S | 46-3365598 |

**Part I**   Election To Expense Certain Property Under Section 179

**Note:** If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | 1 |
| 2 | Total cost of section 179 property placed in service (see instructions) | 2 |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | 3 |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | 4 |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | 5 |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | 7 | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | 8 | |
| 9 | Tentative deduction. Enter the smaller of line 5 or line 8 | 9 | |
| 10 | Carryover of disallowed deduction from line 13 of your 2017 Form 4562 | 10 | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5. See instructions | 11 | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | 12 | |
| 13 | Carryover of disallowed deduction to 2019. Add lines 9 and 10, less line 12 ▶ | 13 | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II**   Special Depreciation Allowance and Other Depreciation (Don't include listed property. See instructions.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year. See instructions | 14 | |
| 15 | Property subject to section 168(f)(1) election | 15 | |
| 16 | Other depreciation (including ACRS) | 16 | 86,428 |

**Part III**   MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2018 | 17 | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B - Assets Placed in Service During 2018 Tax Year Using the General Depreciation System**

| (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only–see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|
| 19a   3-year property | | | | | | |
| b   5-year property | | | | | | |
| c   7-year property | | | | | | |
| d   10-year property | | | | | | |
| e   15-year property | | | | | | |
| f   20-year property | | | | | | |
| g   25-year property | | | 25 yrs. | | S/L | |
| h   Residential rental property | | | 27.5 yrs. | MM | S/L | |
| | | | 27.5 yrs. | MM | S/L | |
| i   Nonresidential real property | | | 39 yrs. | MM | S/L | |
| | | | | MM | S/L | |

**Section C - Assets Placed in Service During 2018 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| 20a   Class life | | | | | S/L | |
| b   12-year | | | 12 yrs. | | S/L | |
| c   30-year | | | 30 yrs. | MM | S/L | |
| d   40-year | | | 40 yrs. | MM | S/L | |

**Part IV**   Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | 21 | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instructions | 22 | 86,428 |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | 23 | |

For Paperwork Reduction Act Notice, see separate instructions.

Form **4562** (2018)

EEA

## Schedule M-2/Retained Earnings Worksheet

| **Form 1120S** | (Keep for your records) | **2018** |
|---|---|---|

Name(s) as shown on return — VEEJ CORP

Tax ID Number — 46-3365598

### Analysis of Current-Year Retained Earnings

| | | | |
|---|---|---|---:|
| 1 | Beginning retained earnings per balance sheet (Schedule L, column b, lines 24 and 25) | 1 | 394,290 |
| 2 | Book income (loss) (Schedule M-1, line 1, or Schedule M-3, page 1, line 11) | 2 | 49,304 |
| 3 | Distributions (Schedule K, line 16d + line 17c) | 3 | |
| 4 | Subtotal (combines lines 1 through 3) | 4 | 443,594 |
| 5 | Ending retained earnings per balance sheet (Schedule L, column d, lines 24 and 25) | 5 | 307,862 |
| **6** | **Difference (line 4 minus line 5) (should be zero)** | 6 | 135,732 |

### Current-Year Change to Retained Earnings Compared to Current-Year Change to AAA & OAA

| | | | |
|---|---|---|---:|
| 1 | Ending retained earnings (Schedule L, column d, line 24) | 1 | 307,862 |
| 2 | Beginning retained earnings (Schedule L, column b, line 24) | 2 | 394,290 |
| 3 | Retained earnings change (line 1 minus line 2) | 3 | (86,428) |
| 4 | Ending AAA plus OAA | 4 | 49,304 |
| 5 | Beginning AAA plus OAA | 5 | |
| 6 | Difference (line 4 minus line 5) | 6 | 49,304 |

### Current-Year Timing Adjustments per Schedule M-1

Subtractions from net income per books (Schedule M-1, lines 5 and 6 - not included on Schedule M-2)

| | | | |
|---|---|---|---:|
| 7 | Other income recorded on books not included on Schedule K | 7 | |
| 8 | Depreciation on Schedule K not included on books | 8 | |
| 9 | Other Schedule K items not included on books | 9 | |
| 10 | Total subtractions (lines 7 through 9) | 10 | |

Additions to net income per books (Schedule M-1, lines 2 and 3 - not included on Schedule M-2, line 3)

| | | | |
|---|---|---|---:|
| 11 | Income included on Schedule K not recorded on books | 11 | |
| 12 | Depreciation on books not included on Schedule K | 12 | |
| 13 | Other items on books not included on Schedule K | 13 | |
| 14 | Total additions (lines 11 through 13) | 14 | |
| 15 | Sch M-1 timing adjustments not included on Schedule M-2, lines 2 thru 5 (subtract line 14 from line 10) | 15 | |

### Current-Year Timing Adjustments Per Schedule M-3

Permanent or temporary book-to-tax difference amounts entered on the M32, M33, 8916A, and SCH3 screens appear on line 16 and line 17 as opposite of the actual entries. For example, an entry of -100 would appear as 100.

| | | | |
|---|---|---|---:|
| 16 | Permanent differences | 16 | |
| 17 | Temporary differences | 17 | |
| 18 | Timing adjustments not included on Schedule M-2 (combine lines 16 and 17) | 18 | |
| 19 | Distributions reported on Schedule K, line 16d, not allowed on Schedule M-2, line 7 | 19 | |
| 20 | Distributions reported on Schedule K, line 17c, dividend distributions paid from AE&P | 20 | |
| 21 | Adjustments to retained earnings (Schedule L, line 25 column d minus Schedule L, line 25, column b) | 21 | |
| 22 | M-2 amount after M-1 timing adjustments (add lines 6, 15, 19, 20 and 21) | 22 | 49,304 |
| 23 | M-2 amount after M-3 timing adjustments (add lines 6, 18, 19, 20 and 21) | 23 | |
| **24** | **Net reconciliation difference (line 3 minus line 22 or 23)** | 24 | (135,732) |

WK_M2.LD

## Summary of Stock Ownership

**2018**

| CORPORATION NAME | | | | | EIN |
|---|---|---|---|---|---|
| VEEJ CORP | | | | | 46-3365598 |

| Shareholder Information | | | Shares | | % Ownership | |
|---|---|---|---|---|---|---|
| Name | EIN/SSN | Type | Beginning | Ending | Beginning | Ending |
| VINCENT J CARABELLO III | | | 100 | 100 | 100.00000 | 100.00000 |
| Total | | | 100 | 100 | | |

WK_SOWN.LD

# Qualified Business Income Deduction

Information Reported in Accordance with Section 199A

(Keep for your records)

**2018**

## QBI

Corporate/Partnership Name
VEEJ CORP

EIN  46-3365598

| Name of Trade or Business | Taxpayer Identification Number | Qualified Business Income/(loss) | Section 1231 Gain (Loss) | Section 179 | W-2 Wages | Unadjusted Basis Immediately After Acquisition | Qualified REIT Dividends | Qualified PTP Income/(Loss) | SSTB * |
|---|---|---|---|---|---|---|---|---|---|
| 1120S: VEEJ CORP | 46-3365598 | 49,304 | — | — | 108,000 | 438,329 | — | — | No |

* Specified Service Trade or Business

WK_QBI-LD

**Form 1120S**

K-1 Comparison Worksheet

(Keep for your records)

**2018**

| S CORPORATION NAME | | EIN |
|---|---|---|
| VEEJ CORP | | 46-3365598 |

| | Description | Schedule K | K-1 Totals | Difference |
|---|---|---|---|---|
| 1 | Ordinary business income (loss) . . . . . . . . | 49,304 | 49,304 | |

WK_SCOMP.LD

* Item is included in UBIA
for Section 199A calculations.
See "UBIA" in lower right corner.

Name(s) as shown on return

## Depreciation Detail Listing
FORM 1120S

For your records only

Social security number/EIN
46-3365598

2018
PAGE 1

VEBJ CORP'

| No. | Description | Date | Cost | Basis Adjustment | Business percentage | Section 179 | Bonus depreciation | Depreciable Basis | Life | Method | Rate | Prior Depreciation | Current Depreciation | Accumulated Depreciation | AMT Current |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | LEASEHOLDER IMPROVEM | 11032014 | 7,184* | | 100.00 | | | 7,184 | 15 | SL | MQ | 6.667 | 287 | 479 | 766 | 479 |
| 2 | GOODWILL | 07172013 | 380,495* | | 100.00 | | | 380,495 | 5 | SL | HY | 20 | 76,099 | 76,099 | 152,198 | 76,099 |
| 3 | 2001 ISUZU NPRD | 01012016 | 5,500* | | 100.00 | | | 5,500 | 5 | SL | HY | 20 | 1,100 | 1,100 | 2,200 | 1,100 |
| 4 | 2006 CHEVY TRUCK | 01012016 | 4,500* | | 70.00 | | | 3,150 | 5 | SL | HY | 20 | 900 | 630 | 1,530 | 630 |
| 5 | 2007 HONDA CRV | 01012016 | 15,554* | | 20.00 | | | 3,111 | 5 | SL | HY | 20 | 622 | 622 | 1,244 | 622 |
| 6 | 2008 HONDA CRV | 01012016 | 15,225* | | 20.00 | | | 3,045 | 5 | SL | HY | 20 | 609 | 609 | 1,218 | 609 |
| 7 | 2014 LEXUS GS 20 | 01012016 | 44,207* | | 70.00 | | | 30,945 | 5 | SL | HY | 20 | 3,570 | 6,189 | 9,759 | 6,189 |
| 8 | STORAGE CONTAINER | 11302017 | 4,899* | | 100.00 | | | 4,899 | 7 | SL | MQ | 14.286 | 87 | 700 | 787 | 700 |
| | Totals | | 477,564 | | | | | 438,329 | | | | 83,274 | 86,428 | 169,702 | 86,428 |

Land Amount
Net Depreciable Cost    477,564

CY 179 and CY Bonus
TOTAL CY Depr including 179/bonus    86,428    ST ADJ: UBIA    438,329

## Next Year's Depreciation Worksheet

(Keep for your records)

**2018**

| Name(s) as shown on return | | | | | | | Tax ID Number |
|---|---|---|---|---|---|---|---|
| VEEJ CORP | | | | | | | 46-3365598 |

| Form | Multi-Form | Description | Date | Basis | Method | Life | Deduction |
|---|---|---|---|---|---|---|---|
| 1120 | 1 | LEASEHOLDER IMPROVEMENTS | 11032014 | 7,184 | SL | 15 | 479 |
| 1120 | 2 | GOODWILL | 07172013 | 380,495 | SL | 5 | 76,099 |
| 1120 | 3 | 2001 ISUZU NPRD | 01012016 | 5,500 | SL | 5 | 1,100 |
| 1120 | 4 | 2006 CHEVY TRUCK | 01012016 | 3,150 | SL | 5 | 630 |
| 1120 | 5 | 2007 HONDA CRV | 01012016 | 3,111 | SL | 5 | 622 |
| 1120 | 6 | 2008 HONDA CRV | 01012016 | 3,045 | SL | 5 | 609 |
| 1120 | 7 | 2014 LEXUS GS 20 | 01012016 | 30,945 | SL | 5 | 6,189 |
| 1120 | 8 | STORAGE CONTAINER | 11302017 | 4,899 | SL | 7 | 700 |
| | | TOTAL | | | | | 86,428 |

| 1120S | Sub S Corporation<br>Diagnostic Summary | 2018 |
|---|---|---|

| Name<br>VEEJ CORP | Employer Identification #<br>46-3365598 |
|---|---|

**Demographics**

Mailing Address: 24901 AVENUE STANDFORD          Phone:
Valencia, CA 91355

Resident State:   CA

**Diagnostics**

Preparer: LINDA GARZA          Invoice:          Date: 04-02-2020

**Return Information**

| Item on Return | 2018<br>Federal | 2017 Federal<br>(If available) |
|---|---|---|
| Total Assets | 307,862 | |
| Number of Shareholders | 1 | |
| Gross Receipts/Sales | 1,458,077 | |
| Total Income | 1,437,479 | |
| Total Deductions | 1,388,175 | |
| Ordinary Income | 49,304 | |
| Tax | | |
| Overpayment | | |
| Refund | | |
| Refund Applied to ES | | |
| Balance Due | | |
| 2220 Penalty | | |
| Total Equity | 307,862 | |

**State/City Information**

| State/City | Gross<br>Income | Taxable<br>Income | Composite<br>Tax | Other Tax | Refund/<br>(Balance Due) |
|---|---|---|---|---|---|
| CA100S | 49,304 | 49,304 | | 800 | (830) |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Jeffrey S. Shinbrot 155486**<br>**15260 Ventura Blvd.**<br>**Suite 1200**<br>**Sherman Oaks, CA 91403**<br>**3106595444 Fax: 3108788304**<br>California State Bar Number: **155486 CA**<br>**jeffrey@shinbrotfirm.com** | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **VEEJ CORP** | CASE NO.:<br>CHAPTER: 11 |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of  1  sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 12/13/2020

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

VEEJ CORP
24901 Avenue Standford
Valencia, CA 91355


Jeffrey S. Shinbrot
Jeffrey S. Shinbrot, APLC
15260 Ventura Blvd.
Suite 1200
Sherman Oaks, CA 91403


Can Captain
c/o Aubrey Thrasher, LLC
12 Powder Springs Street Suite 240
Marietta, GA 30064


FedEx
AGA c/o Joe Segal
740 Walt Whitman Road
Melville, NY 11747


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Moss Atkinson Family Trust
c/o Delta Scientific Corporation
40355 Delta Lane
Palmdale, CA 93551


State Compensation Insurance
c/o Law Ofices of Kenneth J. Freed
14226 Ventura Blvd.,
PO Box 5914
Sherman Oaks, CA 91413


State Of California Franchise Tax B
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Total Ship Transport Services
Linda Auger Kelleco
80 Fleury Quest
Montreal, Quebec H3L1T2


Vincent Joseph Carabello III
24901 W. Avenue Stanford
Valencia, CA 91355